UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>v.<br><br>J. C. KELSO, et al.,<br><br>        Defendants. | Case No. 2:10-cv-1678 KJM KJN P<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING OR ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>[~~PROPOSED~~] |

Pursuant to the parties' stipulation filed August 16, 2012 (Dkt. No. 75), and good cause appearing, IT IS HEREBY ORDERED that:

1. All Defendants shall file a responsive pleading on or before October 17, 2012, to Plaintiff's Third Amended Complaint, <u>OR</u> within fourteen (14) days after the filing of Plaintiff's Fourth Amended Complaint, whichever occurs first.

2. In addition, plaintiff's motion filed in pro se on August 15, 2012 (Dkt. No. 74), is denied without prejudice, for the reasons stated in the court's order appointing counsel for plaintiff (<u>see</u> Dkt. No. 72).

1  SO ORDERED.
2  **Date: 8/22/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7  step1678.eot.etc.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-7399-6560 v1 — - 2 - — 2:10-CV-1678 KJM KJN
ORDER STIP EOT