IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

        Plaintiff,                     No. 2:10-cv-1678 KJM KJN P

    vs.

FEDERAL RECEIVER J.C. KELSO,
et al.,
        Defendants.             ORDER
_____/

        Plaintiff's motion for a preliminary injunction (Dkt. No. 77), filed in pro se on August 29, 2012, is denied without prejudice to re-filing by plaintiff's new-appointed counsel, if appropriate. Henceforth, plaintiff may file matters in this action only through his appointed counsel.

DATED: September 5, 2012

                                       _____
                                       KENDALL J. NEWMAN
                                       UNITED STATES MAGISTRATE JUDGE

step1678.deny.pndg.cnsl