IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

        Plaintiff,                No. 2:10-cv-1678 KJM KJN P

    vs.

FEDERAL RECEIVER J.C. KELSO, et al.,

        Defendants.          <u>ORDER</u>

      /

      Plaintiff's motion for a preliminary injunction (Dkt. No. 77), filed in pro se on August 29, 2012, is denied without prejudice to re-filing by plaintiff's new-appointed counsel, if appropriate. Henceforth, plaintiff may file matters in this action only through his appointed counsel.

DATED: September 5, 2012

                                               _/s/ Kendall J. Newman_
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE

step1678.deny.pndg.cnsl