IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

    Plaintiff,                           No. 2:10-cv-1678 KJM KJN P

    vs.

FEDERAL RECEIVER J.C. KELSO, et al.,

    Defendants.                        ORDER

_____/

        For good cause shown, as set forth in plaintiff's status report filed September 6, 2012 (Dkt. No. 79), IT IS HEREBY ORDERED that:

        1. The United States Marshal need no longer attempt to serve process on defendant Wenneker, as directed by this court on June 14, 2012 (Dkt. No. 62); defendant Wenneker has now appeared in this action and waived service (Dkt. No. 78).

        2. Plaintiff shall have until January 11, 2013, to seek leave to file a Fourth Amended Complaint, together with a proposed Fourth Amended Complaint; the deadlines previously set by this court (Dkt. No. 76), are therefore vacated.

        SO ORDERED.

DATED: September 24, 2012.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

step1678.stat.ext.

1