UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | ) No. 2:10-CV-1678-KJM-KJN P |
| Plaintiff, | ) **STIPULATION TO EXTEND TIME** |
| vs. | ) **WITHIN WHICH TO FILE FOURTH** |
| | ) **AMENDED COMPLAINT; [PROPOSED]** |
| FEDERAL RECEIVER J.C. KELSO, et al., | ) **ORDER** |
| Defendants. | ) |

**WHEREAS**, the deadline for Plaintiff, Jimmie Stephen ("Plaintiff"), to file his Fourth Amended Complaint is presently January 11, 2013;

**WHEREAS**, Plaintiff's counsel sought to obtain Plaintiff's medical records from the Department of Corrections promptly after appointment in this matter, but it took a significant amount of time to receive such records;

**WHEREAS**, Plaintiff needed to receive the medical records prior to obtaining an expert to review the same, and only obtained the Court's approval to retain such an expert in this matter on December 18, 2012 (Doc. 84).  Plaintiff thereafter forwarded the medical records to the expert but, with the intervening holidays, has not yet received from the expert a full response.  Plaintiff anticipates having a full response on or about January 16, 2013;

1    **WHEREAS**, Plaintiff's counsel needs time to confer with the expert after receiving
2    the expert's opinion, and thereafter the client, before amending the complaint, and
3    communications with Plaintiff take additional time due to Plaintiff's incarceration;

4    **WHEREAS**, Plaintiff therefore requests that the last date for him to file his Fourth
5    Amended Complaint be extended to February 11, 2013.

6    **NOW, THEREFORE**, Plaintiff, and Defendants Hsieh, Traquina, McAlpine and
7    Wenneker (collectively "Defendants," and together with Plaintiff, "the Parties"), by and
8    through their respective counsel, hereby stipulate as follows:

9    1.   Plaintiff shall have to and including February 11, 2013 to file his Fourth
10   Amended Complaint; and

11   2.   Defendants' responsive pleadings shall be due on or before March 4, 2013.

12   **IT IS SO STIPULATED**.

13   Date: January 10, 2013                              MOORE LAW FIRM, P.C.

14                                                      */s/ Tanya E. Moore*
15                                                      Tanya E. Moore
                                                        Attorney for Plaintiff,
16                                                      Jimmie Stephen

17

18                                                      BURKE, WILLIAMS & SORENSEN, LLP

19                                                      */s/ Kristina Doan Gruenberg*
                                                        Kristina Doan Gruenberg
20                                                      Attorneys for Defendants,
21                                                      Dr. Traquina, Dr. Hsieh, and Dr. McAlpine

22                                                      HASSARD BONNINGTON LLP

23

24                                                      */s/ R. Wesley Pratt*
                                                        R. Wesley Pratt
25                                                      Attorneys for Defendant
26                                                      Dr. Wenneker

27

28

STIPULATION TO EXTEND TIME WITHIN WHICH TO FILE FOURTH AMENDED COMPLAINT;
[PROPOSED] ORDER

Page 2

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Fourth Amended Complaint be filed no later than February 11, 2013.

**IT IS FURTHER ORDERED** that Defendants' responsive pleadings be filed no later than March 4, 2013.

**IT IS SO ORDERED**.

**Date:  1/10/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

step1678.stip.eot.4thAC.doc