IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,

    Plaintiff,                    No. 2:10-cv-1678 KJM KJN P

    vs.

FEDERAL RECEIVER J.C. KELSO, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff has filed with this court a letter addressed to District Judge Henderson. (Dkt. No. 87.) Judge Henderson does not sit in this court, but in the United States District Court for the Northern District of California. Moreover, this court appointed counsel for plaintiff on August 10, 2012, and plaintiff is now represented by attorney Tanya E. Moore. (Dkt. No. 72.) By order filed September 6, 2012, the court informed plaintiff that he may no longer file matters in this action in pro se, but must appear through his appointed counsel. (Dkt. No. 81.) Plaintiff is again reminded of this requirement, and informed that failure to abide by this admonishment may result in the imposition of sanctions.

DATED: January 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1