UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>v.<br><br>J. C. KELSO, et al.,<br><br>        Defendants. | Case No.  2:10-cv-1678 KJM KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUT-OFF BY 30 DAYS TO ALLOW PARTIES TO CONTINUE UPCOMING DEPOSITIONS SO THAT PARTIES CAN CONTINUE TO ENGAGE IN SETTLEMENT DISCUSSIONS**<br><br>[~~PROPOSED~~] |

PURSUANT TO THE PARTIES' JOINT STIPULATION (see ECF No. 99), AND FOR GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the joint stipulation, and orders that the date by which the parties must complete all fact discovery in this case is continued from September 6, 2013, to October 7, 2013.

   IT IS SO ORDERED.

Dated:  August 23, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE