UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. CLARK KELSO, federal receiver for the California Department of Corrections and Rehabilitation; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; KOU-YING HSIEH, M.D.; WENDELL WARREN WENNEKER, M.D.; ALVARO CRUZ TRAQUINA, M.D.; SAMUEL WILLIAM MCALPINE, M.D.,<br><br>　　　　　Defendants. | No. 2:10-CV-1678-KJM-KJN (P)<br><br>**STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE FIRST CLAIM FOR VIOLATION OF PLAINTIFF'S EIGHTH AMENDMENT RIGHTS** |

　　　　Plaintiff JIMMIE STEPHEN and defendant WENDELL WARREN WENNEKER, M.D., by and through their respective attorneys, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), that plaintiff JIMMIE STEPHEN's first claim entitled "Violation of Plaintiff's Eighth

////

////

////

////

////

-1-

Amendment Rights," is dismissed with prejudice as to defendant WENDELL WARREN WENNEKER, M.D.

**IT IS SO STIPULATED.**

| HASSARD BONNINGTON, LLP | MOORE LAW FIRM, P.C. |
|---|---|
| By:/s/ John A. Etchevers<br>John A. Etchevers, SBN 53411<br>jae@hassard.com<br>Two Embarcadero Center, Suite 1800<br>San Francisco, CA 94111<br>Tel:    (415) 288-9800<br>Fax:   (415) 288-9801<br><br>*Attorneys for Wendell Wenneker, M.D.* | By:/s/ Tanya E. Moore<br>Tanya E. Moore, SBN 206683<br>tanya@moorelawfirm.com<br>332 North Second Street<br>San Jose, CA 95112<br>Tel:    (408) 298-2000<br>Fax:   (408) 298-6046<br><br>*Attorneys for Plaintiff* |

Pursuant to the stipulation of these parties (ECF No. 101), and Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), defendant Wenneker is hereby dismissed, with prejudice, from plaintiff's first claim entitled "Violation of Plaintiff's Eighth Amendment Rights."

This action proceeds against defendant Wenneker on plaintiff's second, supplemental state law, claim entitled "Medical Malpractice," and against all other defendants based on the allegations and claims set forth in plaintiff's Fourth Amended Complaint (ECF No. 91).  At the request of all parties, the discovery deadline in this action remains extended until October 7, 2013, to permit additional time for the parties to engage in discovery and further settlement negotiations.  (ECF No. 100.)

SO ORDERED.

Dated: September 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE