UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>v.<br><br>J. C. KELSO, et al.,<br><br>        Defendants. | Case No.  2:10-cv-1678 KJM KJN P<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND DISCOVERY CUT-OFF BY 30 DAYS TO ALLOW PARTIES TO CONTINUE UPCOMING DEPOSITIONS SO THAT PARTIES CAN CONTINUE TO ENGAGE IN SETTLEMENT DISCUSSIONS** |

PURSUANT TO THE PARTIES' JOINT STIPULATION, AND FOR GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the joint stipulation (ECF No. 103) is granted, and the date by which the parties must complete all fact discovery in this case is continued from October 7, 2013, to November 6, 2013.

Dated: September 24, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

step1678.stip2