UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. CLARK KELSO, federal receiver for the California Department of Corrections and Rehabilitation; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; KOU-YING HSIEH, M.D.; WENDELL WARREN WENNEKER, M.D.; ALVARO CRUZ TRAQUINA, M.D.; SAMUEL WILLIAM MCALPINE, M.D.,<br><br>        Defendants. | No. 2:10-CV-1678-KJM-KJN (P)<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF SECOND CLAIM FOR MEDICAL MALPRACTICE** |

Plaintiff JIMMIE STEPHEN and defendant WENDELL WARREN WENNEKER, M.D., by and through their respective attorneys, hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(2), that plaintiff JIMMIE STEPHEN's second claim entitled "Medical Malpractice" is dismissed with prejudice as to defendant WENDELL WARREN WENNEKER, M.D.

IT IS SO STIPULATED.

///

///

-1-

| | |
|---|---|
| HASSARD BONNINGTON, LLP | MOORE LAW FIRM, P.C. |
| By: /s/ John A. Etchevers<br>John A. Etchevers, SBN 53411<br>jae@hassard.com<br>Two Embarcadero Center, Suite 1800<br>San Francisco, CA 94111<br>Telephone: (415) 288-9800<br>Facsimile: (415) 288-9801 | By: /s/ Tanya E. Moore<br>Tanya E. Moore, SBN 206683<br>tanya@moorelawfirm.com<br>332 North Second Street<br>San Jose, CA 95112<br>Tel:    (408) 298-2000<br>Fax:   (408) 298-6046 |
| *Attorneys for Wendell Wenneker, M.D.* | *Attorneys for Plaintiff* |

## ORDER

Pursuant to the instant stipulation of the parties (dismissing with prejudice plaintiff's medical malpractice claim against defendant Wenneker), and the parties' stipulation approved by the court on September 13, 2013 (ECF No. 102) (dismissing with prejudice plaintiff's Eighth Amendment claim against defendant Wenneker), IT IS ORDERED that all claims against defendant Wenneker are dismissed with prejudice, and defendant Wendell Wenneker, M.D., is hereby dismissed from this action with prejudice.

Dated:  October 15, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/step1678.stip.dsms.II