1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>J. CLARK KELSO, federal receiver for the California Department of Corrections and Rehabilitation, et al.,<br><br>　　　　　Defendants. | No. 2:10-CV-01678-KJM-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, JIMMIE STEPHEN, and Defendants, K. HSIEH, M.D., A. TRAQUINA, M.D., and S. MCALPINE, M.D., the remaining parties to this action, by and through their respective counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

////
////
////
////
////
////

entirety. Each party is to bear its own attorneys' fees and costs.

Dated: November 4, 2013                MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff
                                       JIMMIE STEPHEN

Dated: November 4, 2013                BURKE, WILLIAMS & SORENSEN, LLP


                                       */s/ Martin Kosla*
                                       Martin Kosla
                                       Attorneys for Defendants
                                       K. Hsieh, M.D.; A. Traquina, M.D.;
                                       S. McAlpine, M.D.


## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: November 15, 2013

/step1678.stip.dism.all

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE